USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 5/31/2022 _

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PERMANENS CAPITAL L.P.,                      :
                                             :     21-CV-10525 (JSR) (RWL)
                         Plaintiff,          :
                                             :
              - against -                    :     **ORDER**
                                             :
JEFFERY BRUCE,                               :
                                             :
                         Defendants.         :
                                             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 7, 2022, Defendant filed a motion to dismiss Plaintiff's Complaint and a letter motion for oral argument on the motion to dismiss.  (Dkts. 10, 13.) Thereafter, on January 31, 2022, Plaintiff filed an Amended Complaint. (Dkt. 20.)  On February 18, 2022, Defendant filed a motion to dismiss the Amended Complaint. (Dkt. 21.)

The Clerk of Court is respectfully requested to terminate the motions at Dkts. 10 and 13 as moot in light of the Amended Complaint and revised motion to dismiss.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2022
         New York, New York

Copies transmitted this date to all counsel of record.

1